## MISCELLANEOUS DISMISSALS

**01–2093.   State ex rel. J.H. Routh Packing Co. v. Erie Cty. Court of Common Pleas.**
Erie App. No. E–01–034. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. Upon consideration of appellant's application for dismissal,

   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 20, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**02–103.   State ex rel. Martin v. State Med. Bd.**
In Mandamus. On motion to dismiss and motion to strike motion to dismiss. Motion to dismiss sustained. Cause dismissed.

   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–113.   State ex rel. Creasey v. Corrigan.**
In Mandamus. On motion to dismiss of Judge Daniel O. Corrigan and Judge William E. Mahon. Motion to dismiss sustained. Cause dismissed.

   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–127.   State ex rel. Jackson v. Crush.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**02–241.   Walker v. Ganshiemer.**
In Habeas Corpus. On petition for writ of habeas corpus of Charles A. Walker. *Sua sponte,* cause dismissed.

   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**01–2159.   State ex rel. Dunn v. Indus. Comm.**
Franklin App. No. 01AP–241.

**02–29.   State ex rel. Gilreath v. Indus. Comm.**
Franklin App. No. 01AP–226.

## MOTION AND PROCEDURAL RULINGS

**98–1475.   State v. Hartman.**
Summit C.P. No. CR97091987. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**01–1009.   Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758. *Sua sponte,* cause consolidated with 01–1872, *S. Broad Co., Ltd. v. Montgomery Cty. Bd. of Revision,* Board of Tax Appeals, No. 00–M–2065.

   COOK, J., not participating.

**01–1132.   New Par v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. On motion for leave to intervene as appellee of Westside Cellular, Inc., d.b.a. Cellnet. Motion granted.

   RESNICK, J., not participating.

On motion to dismiss of Westside Cellular, Inc., d.b.a. Cellnet. Motion denied.

RESNICK, J., not participating.

**01–1158. Cincinnati SMSA L.P. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. On motion for leave to intervene as appellee of Westside Cellular, Inc., d.b.a. Cellnet. Motion granted.

RESNICK, J., not participating.

On motion to dismiss of Westside Cellular, Inc., d.b.a. Cellnet. Motion denied.

RESNICK, J., not participating.

**01–1165. Frenchtown Square Partnership v. Lemstone, Inc.**

Mahoning App. No. 99CA300. On motion to consolidate case with 01–2259, *Frenchtown Square Partnership v. Lemstone, Inc.*, Mahoning App. No. 99CA300. Motion granted.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–1678. Luckenbill v. Midwestern Indemn. Co.**

Darke App. No. 01CA1536. On motion to dismiss based on mootness of conflict. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., concur but would hold this cause for the decision in 01–1474 and 01–1867, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176.

LUNDBERG STRATTON, J., dissents and would grant the motion.

**01–1872. S. Broad Co., Ltd. v. Montgomery Cty. Bd. of Revision.**

Board of Tax Appeals, No. 00–M–2065. *Sua sponte,* cause consolidated with 01–1009, *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision,* Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758.

COOK, J., not participating.

**02–20. State v. Noser.**

Lucas App. No. L–00–1154. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 02–201, *State v. Fisher,* Franklin App. No. 01AP–614; briefing schedule stayed.

F.E. SWEENEY, J., concurs but he would not hold this cause for the decision in 02–201.

**02–146. Gutman v. Feldman.**

Certified State Law Question, No. C301049. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the question certified by the United States District Court for the Southern District of Ohio, Western Division:

"Can an oral contract constitute a 'security' as that term is defined in Ohio Revised Code [Section] 1707.01(B)?"

Oral argument to be scheduled.

**02–228. State v. James.**

Franklin App. Nos. 00AP–1174 and 00AP–1175. On motion for leave to file delayed appeal. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**02–234. State v. Wright.**

Washington App. No. 00CA39. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry on Application to Certify dated January 28, 2002:

"[W]e find that our decision and judgment presents an actual conflict based upon the same question that was involved in the Twelfth District's decision and judgment. In [*State v.*] *Henderson* [(1991), 76 Ohio App.3d 290, 601 N.E.2d 596], the court concluded that a victim's uncorroborated allegations of sexual abuse did not fulfill the substantial proof requirement that the defendant committed other similar crimes. In [the case *sub judice*], we determined that a victim's uncorroborated allegation of prior sexual abuse was admissible. Thus, we declined to follow *Henderson.*

"Accordingly, we grant appellant's motion to certify this matter to the Ohio Supreme Court for